IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-00395-MSK-BNB

DOUGLAS L. WOLFF,

Applicant,

v.

JAMES ABBOTT (Warden) [C.T.C.F.], and
THE ATTORNEY OF GENERAL OF THE STATE OF COLORADO
JOHN W. SUTHERS,

Respondents.

_____

**ORDER**
_____

This matter arises on the petitioner's **Supplemental Motion Requesting this Court to Respond to a 28 U.S.C.A. 2254 at this Court's Earliest Convenience** [Doc. #24, filed 05/08/2009] (the "Motion"). The petitioner requests that the court issue a ruling on his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (the "Application") at the court's earliest convenience. The Application will be considered as soon as reasonably possible.

IT IS ORDERED that the Motion is DENIED.

Dated September 4, 2009.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge